UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, etc.,<br>        Plaintiff(s),<br><br>v.<br><br>Luzon Investments, Ltd.,<br><br>        Defendant(s).<br>_____ / | No. C07-03740 BZ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

CHRISTINE J. LEVIN

Dated: <u>August 10, 2007</u>

_____
Signature

Counsel for <u>Plaintiff</u>
(Plaintiff, Defendant or indicate "pro se")

NDC-07