# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P.,

          Plaintiff,

V.

LUZON INVESTMENTS, LTD.,

          Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07-03740   BZ

TO: (Name and address of defendant)
LUZON INVESTMENTS, LTD.
c/o Jerald P. Shaevitz, Agent for Service of Process
24175 Dawnridge Dr.
Los Altos Hills, CA 94024

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Arlene P. Messinger, Esq.    and    Darryl J. Horowitt, Esq.
U.S. Small Business Administration    Coleman & Horowitt, LLP
Receiver for Prospero Ventures, L.P.    499 West Shaw, Suite 116
409 Third Street, S.W., 7th Floor    Fresno, CA 93704
Washington, DC 20416

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE   JUL 19 2007

NDCA0440

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| COLEMAN & HOROWITT, LLP<br>ATTORNEYS AT LAW<br>DARRYL J. HOROWITT - SBN # 100898<br>499 W. SHAW AVENUE, SUITE 116<br>FRESNO, CA  93704<br>ATTORNEY FOR (NAME)    U.S. SMALL BUS. ADMIN., ET AL | (559) 248-4820<br><br>REFERENCE NUMBER<br>QT269013-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
U.S. SMALL BUS. ADMIN., ET AL vs. LUZON INVESTMENTS, LTD.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0703740BZ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS;

**Name:** LUZON INVESTMENTS, LTD

**Person Served:** JERALD P. SHAEVITZ
**Title:** AGENT FOR SERVICE

**Date of Delivery:** 08/29/07
**Time of Delivery:** 09:00 pm

**Place of Service:** 24175 DAWNRIDGE DRIVE
LOS ALTOS HILLS, CA 94024          (Residence)

**Physical Description:**
AGE: 45-50     HAIR: BROWN     HEIGHT: 5'10"     RACE: C
SEX: M         EYES: BROWN     WEIGHT: 185LBS

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:**  [X]  Federal Rules of Civil Procedure
                         [ ]  California Code of Civil Procedure

**Fee for service:**  $ 59.50

---

[X] Registered: ALAMEDA County,
    Number: 850



Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
30B/QT269013-01

*Client File # 1875.01*
PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: September 4, 2007
at: San Francisco, California.

Signature: *Caesar Eric Railey*
Name: CAESAR ERIC RAILEY
Title: REGISTERED PROCESS SERVER