**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 18, 2007

RE: <u>U.S. Small Business Administration -v- Luzon Investments, Ltd., Case No. C-07-3740-BZ</u>

**Default** is *entere*d as to **Defendant** *Luzon Investments, Ltd.* on October 18, 2007.

        RICHARD W. WIEKING, Clerk

    by:  <u>Thelma Nudo</u>
        Deputy Clerk

NDC TR-4  Rev. 3/89