UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as a Receiver for PROSPERO VENTURES, L.P., | ) ) ) ) | No.   C07-3740 BZ |
| Plaintiff(s), | ) ) | **ORDER SCHEDULING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND VACATING CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| LUZON INVESTMENTS, LTD., | ) ) | |
| Defendant(s). | ) ) | |

**IT IS HEREBY ORDERED** that a hearing on plaintiff's motion for default judgment is scheduled for **Wednesday, January 23, 2008, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, San Francisco, California 94102.  For an explanation of the evidentiary requirements for proving damages in a default case, the parties are encouraged to consult Chapter Six of Civil Procedure Before Trial by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

Defendant should attend the hearing if it contests the validity or amount of plaintiff's claim.  Seven days before the hearing, on **Wednesday, January 16, 2008**, plaintiff shall

1  file with the Clerk of the Court, and deliver directly to
2  chambers, a declaration setting forth in detail all steps
3  taken to serve defendant with notice of this hearing.  If
4  defendant actually received notice of this hearing, plaintiff
5  should provide the Court with proof of service.
6      In light of defendant's default, the Case Management
7  Conference set for November 19, 2007 is **HEREBY VACATED.**
8  Dated: November 20, 2007

                                        */s/ Bernard Zimmerman*
                                    Bernard Zimmerman
                          United States Magistrate Judge

G:\BZALL\-BZCASES\U.S. SMALL BUSINESS V. LUZON\ORDER SCHEDULING DEFAULT HEARING.wpd

2