## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTE ORDER

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **11/19/2007**

### C07-3740 BZ

### U.S. Small Business Administration v. Luzon Investments, Ltd.

Attorneys:     Christine Levin        Not Present

                                    Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**          Reporter:

### PROCEEDINGS:                              RULING:

1. Telephonic Initial Case Management Conference _____        Not Held _____
2. _____  _____

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

### ORDERED AFTER HEARING:
Counsel will submit a Motion for Default Judgment.  Hearing will occur on January 23, 2008 at 10:00 a.m.

( XX ) ORDER TO BE PREPARED BY:     Plntf ____ Deft ____ Court XX____

(    ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule
      permits.
      ( ) By Court      ( ) Parties to approach Magistrate in future
( ) CASE CONTINUED TO_____  for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date -                          Trial Date-
                                               Type of Trial:

Notes:_____