1  ARLENE P. MESSINGER
   Assistant General Counsel for SBIC Enforcement
2  U.S. Small Business Administration
   Receiver for Prospero Ventures, L.P.
3  409 Third Street, S.W., 7th Floor
   Washington, DC  20416
4  Telephone: (202) 205-6857
   Facsimile: (202) 481-0325
5
   DARRYL J. HOROWITT  #100898
6  CHRISTINE J. LEVIN  #192181
   COLEMAN & HOROWITT, LLP
7  Attorneys at Law
   499 West Shaw, Suite 116
8  Fresno, California 93704
   Telephone: (559) 248-4820
9  Facsimile: (559) 248-4830

10 Attorneys for Plaintiff,
   U.S. SMALL BUSINESS ADMINISTRATION,
11 as Receiver for PROSPERO VENTURES, L.P.

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

15 U.S. SMALL BUSINESS                 NO.    C 07-03740 MEJ
   ADMINIATION, as Receiver for        Related Cases
16 PROSPERO VENTURES, L.P.,                 No. C 07-03732 MEJ
                                            No. C 07-03733 MEJ
17               Plaintiff,                  No. C 07-03735 MEJ
                                            No. C 07-03736 MEJ
18       v.                                 No. C 07-03737 MEJ
                                            No. C 07-03738 MEJ
19 LUZON INVESTMENTS, LTD.,                 No. C 07-03739 MEJ
                                            No. C 07-03741 MEJ
20               Defendant.
                                       **DECLARATION OF BRIAN STERN**
21                                     **IN SUPPORT OF APPLICATION**
                                       **FOR DEFAULT [Filed concurrently**
22                                     **with Application for Judgment,**
                                       **Memorandum of Points and**
23                                     **Authorities, Declaration of Brian Stern,**
                                       **and Proposed Judgment]**
24
                                       Date: January 17, 2008
25                                     Time: 10:00 a.m.
                                       Courtroom B, 15th Floor
26

27       I, BRIAN STERN, do hereby declare and state as follows:

28       1.     I am over the age of eighteen years and am the Principal Agent for the U.S. Small

                                        1

1 │ Business Administration ("SBA") as the Court-appointed Receiver ("Receiver") for Prospero

2 │ Ventures, L.P. ("PROSPERO"). The SBA has been appointed as the Receiver for PROSPERO and

3 │ has the powers, authorities, and privileges previously possessed by the General Partner, officers,

4 │ directors, managers, and agents of PROSPERO. In my position as the Principal Agent, my duties

5 │ include assisting the Receiver in the administration and orderly liquidation of the assets and

6 │ properties of PROSPERO and in the preservation and pursuit of its claims. I am responsible for the

7 │ maintenance and safekeeping of the official books and records of PROSPERO, including its records

8 │ concerning the accounts of its limited partners ("LP"). I am an independent contractor retained by

9 │ the Receiver and compensated on an hourly rate.

10 │    2.    I have personal knowledge of the facts contained herein and if called upon as a

11 │ witness, I could testify competently thereto.

12 │    3.    This declaration is filed in support of Plaintiff's Application For Default.

13 │    4.    For this Court's convenience, this Declaration is divided into five (5) sections.

14 │                                  **CAPACITY OF PARTIES**

15 │    5.    The SBA is an agency of the U.S. Government with its principal office located at 409

16 │ Third Street, S.W., Washington, DC 20416. By order entered October 20, 2004 (the "Receivership

17 │ Order") this Court appointed the SBA as Receiver for PROSPERO. A true and correct copy of the

18 │ Receivership Order is attached hereto as Exhibit "A."

19 │    6.    On April 13, 2007, this Court entered its Order ("Lift Stay Order") partially lifting

20 │ the blanket judicial injunction and stay against the commencement of civil legal proceedings of any

21 │ nature involving Prospero, or any assets of Prospero, or any of Prospero's general or limited partners

22 │ ("LP"), imposed by Paragraph 7 of the Receivership Order, for the sole purpose of authorizing the

23 │ Receiver to commence and prosecute separate litigation in this Court against those LPs, including

24 │ Luzon, who had not paid its unfunded capital commitment to Prospero, and to take all steps

25 │ necessary to collect on the obligation of each LP to pay its unfunded capital commitment. A true and

26 │ correct copy of the Lift Stay Order is attached hereto as Exhibit "B."

27 │    7.    PROSPERO is a California Limited Partnership. It maintained its last principal office

28 │ and place of business at 870 Market Street, Suite 1040 San Francisco, California 94102. The

1  underlying lawsuit is brought solely on behalf of PROSPERO.

2  ### SERVICE OF COMPLAINT ON JERARLD P. SHAEVITZ
   ### (LUZON'S AGENT FOR SERVICE OF PROCESS)

3

4     8.    Defendant LUZON INVESTMENT, LTD, (hereinafter "LUZON") was a limited

5  partner that failed to make its required capital contributions.

6     9.    LUZON is a foreign corporation with its principal place of business located in Hong

7  Kong.  LUZON is not a permanent resident of the United States.

8     10.   LUZON irrevocably appointed Jerald P. Shaevitz as its agent for service of process

9  in the enforcement of the defendant's capital contribution.  A true and correct copy of the contract

10 irrevocably appointing Jerald P. Shaevitz is attached hereto as Exhibit "C."

11 ### AGREEMENT BETWEEN PROSPERO AND LUZON

12    11.   On or about April 1, 1999, PROSPERO and LUZON entered into a written

13 partnership agreement.  That agreement was subsequently modified on or about September 10, 1999

14 in a document entitled "Amended & Restated Agreement of Limited Partnership for Dotcom

15 Ventures, L.P. (formerly ASCII Ventures, L.P.) a California Limited Partnership (hereinafter

16 "PARTNERSHIP AGREEMENT.") A true and correct copy of which is attached hereto as Exhibit

17 "D."

18    12.   The PARTNERSHIP AGREEMENT was entered by Sanner Fang, Director of

19 LUZON.  A true and correct copy of the signatory is attached hereto as Exhibit "E."

20    13.   Paragraph 1.6 of the PARTNERSHIP AGREEMENT entitled Capital Commitment

21 states the following: "A Partner's Capital Commitment shall mean the amount that such Partner has

22 agreed to contribute to the capital of the Partnership as set forth opposite such Partner's name on

23 Exhibit A hereto."

24    14.   Pursuant to Exhibit A of the PARTNERSHIP AGREEMENT, LUZON agreed to

25 contribute $623,762 to the partnership.

26    15.   A review of the books and records maintained by PROSPERO shows that LUZON

27 paid only $311,881 which is only one-half of the requisite contribution.

   ///

28

3

**BREACH OF PARTNERSHIP AGREEMENT**

16.    On or about November 10, 2004, I notified LUZON via certified mail that SBA had been appointed Receiver of PROSPERO and informed LUZON that the Receiver had taken over control of the assets and operations of PROSPERO. A true and correct copy of that letter is attached hereto as Exhibit "F."

17.    On or about February 9, 2005, I sent formal demand via certified mail that LUZON's unfunded capital commitment be paid in full no later than March 18, 2005. A true and correct copy is attached hereto as Exhibit "G."

18.    Despite demand, no additional payment of capital was made by LUZON.

**CALCULATION OF INTEREST**

19.    Paragraph 5.7(b)(I) of the PARTNERSHIP AGREEMENT provides that a defaulting partner shall pay interest on the amount of its capital contribution then due " . . . at an interest rate equal to the floating commercial rate of interest publically announced by Bank of America, San Francisco, California, as its prime rate plus four percent (4%) per annum, such interest to accrue from the date the contribution to the Partnership was required to be made . . .until the date the contribution is made . . ." The prime rate at the Bank of America, San Francisco, California, during the applicable time, was five and a half percent (5.5%) per annum, thereby totaling nine and a half percent (9.5%).

20.    On a principal balance of $311,881 interest accrues at a daily rate of $81.17.

21.    Demand was made that the requisite contribution be made no later than March 18, 2005. There are 911 days between the date that the demand for payment be made and November 15, 2007. With interest accruing daily at a rate of $81.17 daily for 911 days, as of November 15, 2007, the total interest due is $73,945.87.

///

///

///

///

///

4

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3    Executed on December 7 , 2007, at WASHINGTON, DC

4

5    _____
     BRIAN STERN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

Case No. C 07-03740 MEJ
Declaration of Brian Stern in Support of Application for Default

1

**PROOF OF SERVICE**

2      I declare that I am a resident of the County of Fresno. I am over the age of eighteen (18)
years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno,
3      California 93704.

12
4      On December 11, 2007, I served the foregoing document described as **DECLARATION OF
BRIAN STERN IN SUPPORT OF APPLICATION FOR DEFAULT [Filed concurrently with
5      Application for Judgment, Memorandum of Points and Authorities, Declaration of Brian
Stern, and Proposed Judgment]** on the interested parties, addressed as follows:

6

7

8    [x]    BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed
envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily
9           familiar" with the firm's practice of collecting and processing correspondence for mailing.
It is deposited with United States Postal Service on that same day in the ordinary course of
10          business.

11   []     BY CALIFORNIA OVERNIGHT - by placing [] a true and correct copy [] the original
thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery
12          to the addressee noted above.

13   []     BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and
at the address shown above.
14
     []     BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically
15          transmitted to the parties, by using their facsimile number indicated below.

16          Facsimile No.

17   []     STATE: I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.
18
     [x]    FEDERAL: I declare that I am employed in the office of a member of the bar of this court
19          at whose direction service was made.

12
20   Executed on December 11, 2007, at Fresno, California.

21

22                                          Lisa R. Barr

23

24

25

26

27

28

Case No. C 07-037340 MEJ
Declaration of Brian Stern in Support of Application for Default

1    **Via U.S. Mail**

2    Jerald P. Shaevitz
     24175 Dawnridge Dr.
3    Los Altos Hills, CA 94024

4    Agent for Defendants,
     Luzon Investments, Ltd.
5

6    **Via California Overnight:**

7    <u>**Chambers Copies**</u>

8
     Hon. Maria-Elena James
9    U.S. District Court, Northern District
     450 Golden Gate Avenue
10   16th Floor, #1111
     San Francisco, CA 94102

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

F:\CLIENTS\1675-US5B\APprospero\01Prospero\Pkfg\Default\LuzonInv\DecBrianSternAppDef.wpd
12/11/07 ~ 5:12 pm