APR-01-99 11:11 650 390 0360
04/01/99 THU 00:10 FAX 650 390 0360 ROGER NORDBY-GET
MAR-31-1999 17:27 KLM CAPITAL GROUP

Case 3:07-cv-03740-VRW   Document 14-8   Filed 12/12/2007   Page 10 of 71

14085708967   P.10/10
☑009

IN WITNESS WHEREOF, the parties hereto have executed this AMENDED AND RESTATED AGREEMENT OF LIMITED PARTNERSHIP for DOTCOM Ventures, L.P., a California limited partnership, in several counterparts, each of which shall be deemed an original, as of the day and year first above written.

GENERAL PARTNER:

AV MANAGEMENT, LLC

By: _____
Sada Chidambaram, Manager

By: _____
Stephen Hyndman, Manager

LIMITED PARTNERS:

_____LUZON INVESTMENTS LTD._____
Print Name

By: X _____
       SAMUEL FANG
Title: X   DIRECTOR

DOTCOM VENTURES, L.P.
AMENDED AND RESTATED
AGREEMENT OF LIMITED PARTNERSHIP
SIGNATURE PAGE

70002 v5/SH
1SD9#01! DOC

**EXHIBIT E**