1

2

3                    IN THE UNITED STATES DISTRICT COURT

4

5              FOR THE NORTHERN DISTRICT OF CALIFORNIA

6    SMALL BUSINESS ADMINISTRATION, as        No.  C 07-3733   VRW
     Receiver for Prospero Ventures L.P.,      **Related to:**
7                                              **C07-3735 VRW**
                    Plaintiff,                 **C07-3740 VRW**
8
          v.                                   **CLERK'S NOTICE**
9
     JOSE MARIA INSENSER, et al.,
10
                    Defendant.
11   _____/

12
     (Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the
13   court's  Notice of Electronic Filing or the  Certificate of Service)

14          YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on Plaintiff's

15   Motion for Default Judgment Against Defendants to **April 24, 2008 at 2:30 p.m.**    Please report

16   to Courtroom  6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

17   Parties requesting a continuance shall submit a stipulation and proposed order. If parties are

18   unable to reach a stipulation, the requesting party shall submit an exparte application with a

19   proposed order.

20   Dated: February 5, 2008

21

22                                        FOR THE COURT,
                                          Richard W. Wieking, Clerk
23

24                               By:  _Cora Klein_____
25                                          Courtroom Deputy Clerk to
                                            Chief Judge Vaughn R Walker
26

27

28

**United States District Court**
For the Northern District of California