1  ARLENE P. MESSINGER
   Assistant General Counsel for SBIC Enforcement
2  U.S. Small Business Administration
   Receiver for Prospero Ventures, L.P.
3  409 Third Street, S.W., 7th Floor
   Washington, DC 20416
4  Telephone: (202) 205-6857
   Facsimile: (202) 481-0325
5
   DARRYL J. HOROWITT #100898
6  CHRISTINE J. LEVIN #192181
   COLEMAN & HOROWITT, LLP
7  Attorneys at Law
   499 West Shaw, Suite 116
8  Fresno, California 93704
   Telephone: (559) 248-4820
9  Facsimile: (559) 248-4830

10 Attorneys for Plaintiff,
   U.S. SMALL BUSINESS ADMINISTRATION,
11 as Receiver for PROSPERO VENTURES, L.P.

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., | NO.   C 07-03740 VRW<br>Related Cases<br>No. C 07-3732 VRW<br>No. C 07-3733 VRW<br>No. C 07-3736 VRW |
|---|---|
| Plaintiff, | No. C 07-3737 VRW<br>No. C 07-3738 VRW |
| v. | No. C 07-3739 VRW |
| LUZON INVESTMENTS, LTD., | No. C 07-3735 VRW<br>No. C 07-3741 VRW |
| Defendant. | **APPLICATION FOR TELEPHONIC APPEARANCE AT THE HEARING FOR APPLICATION FOR DEFAULT and ORDER**<br><br>Date: April 3, 2008<br>Time: 2:30 p.m.<br>Courtroom 6, 17th Floor |

26  TO THE HONORABLE COURT AND ALL PARTIES AND THEIR RESPECTIVE

27  ATTORNEYS OF RECORD:

28      Plaintiff, U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO

1

VENTURES, L.P. (hereinafter "Plaintiff"), hereby requests permission to appear telephonically at the hearing regarding the application for default judgment against Defendant LUZON INVESTMENTS, LTD. (hereinafter "Defendant"). The hearing for default judgment is made pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure.

The declarations in lieu of testimony fully support the motion such that a personal appearance materially assists in a determination of the facts. Because Defendant did not file an answer or other responsive pleading, all matters have been admitted.

Respectfully submitted,

COLEMAN & HOROWITT, LLP

Dated: March 19, 2008

By: */S/ Christine J. Levin*
CHRISTINE J. LEVIN
Attorneys for Plaintiff
U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P.

**ORDER**

IT IS ORDERED THAT, good cause appearing, Christine J. Levin, counsel for U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P. may appear by telephone at the Motion for Application for Default and Order hearing scheduled on April 3, 2008.

Dated: _____

                                        _____
                                        HON. VAUGHN R. WALKER
                                        UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I declare that I am a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

On March 19, 2008, I served the foregoing document described as **APPLICATION FOR TELEPHONIC APPEARANCE AT THE HEARING FOR APPLICATION FOR DEFAULT and ORDER** on the interested parties, addressed as follows:

[x]   BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[x]   BY CALIFORNIA OVERNIGHT - by placing [] a true and correct copy [] the original thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery to the addressee noted above.

[]    BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address shown above.

[]    BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated below.

Facsimile No.

[]    STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x]   FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on March 19, 2008, at Fresno, California.

_____
Lisa R. Barr

**Via U.S. Mail**

Jerald P. Shaevitz
24175 Dawnridge Dr.
Los Altos Hills, CA 94024

Agent for Defendants,
Luzon Investments, Ltd.

**Via California Overnight:**

**Chambers Copies**

Hon. Vaughn R. Walker
U.S. District Court, Northern District
450 Golden Gate Avenue
17th Floor, Court Room 6
San Francisco, CA 94102