ARLENE P. MESSINGER
Assistant General Counsel for SBIC Enforcement
U.S. Small Business Administration
Receiver for Prospero Ventures, L.P.
409 Third Street, S.W., 7th Floor
Washington, DC 20416
Telephone: (202) 205-6857
Facsimile: (202) 481-0325

DARRYL J. HOROWITT #100898
CHRISTINE J. LEVIN #192181
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for PROSPERO VENTURES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>LUZON INVESTMENTS, LTD.,<br><br>Defendant. | NO.   C 07-03740 VRW<br>Related Cases<br>    No. C 07-3732 VRW<br>    No. C 07-3733 VRW<br>    No. C 07-3736 VRW<br>    No. C 07-3737 VRW<br>    No. C 07-3738 VRW<br>    No. C 07-3739 VRW<br>    No. C 07-3735 VRW<br>    No. C 07-3741 VRW<br><br>**SUPPLEMENTAL DECLARATION OF CHRISTINE J. LEVIN IN SUPPORT OF APPLICATION TO APPEAR TELEPHONICALLY**<br><br>Date:   April 3, 2008<br>Time:   2:30 p.m.<br>Place:   Courtroom 6, 17th Floor |

I, CHRISTINE J. LEVIN, do hereby declare and state as follows:

I am an attorney at law duly licensed to practice before the United States of America, Northern

District of California Court, and am an associate with the law firm of Coleman & Horowitt, LLP,

1

1  attorneys of record for Plaintiff, U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for
2  PROSPERO VENTURES, L.P. ("PROSPERO") f/k/a Dotcom Ventures, L.P.
3  I have personal knowledge of the facts contained herein and if called upon as a witness, I could
4  testify competently thereto.
5  This declaration is filed in support of Plaintiff's Application to appear for hearing on Application
6  for Default telephonically.

## PROCEDURAL HISTORY

8  On July 19, 2007, the complaint was filed. The answer was due on September 18, 2007. When
9  no answer was filed, default against LUZON was entered on October 18, 2007.
10 On November 28, 2007, this case was transferred to Hon. Maria-Elena James.
11 On December 14, 2007, this case was transferred to Hon. Vaughn R. Walker.

## GOOD CAUSE FOR A TELEPHONIC APPEARANCE EXISTS

13  Appearing via telephone conference will not decrease the effectiveness of my arguments in light
14 of the following: first, the testimony has been presented by declaration in lieu of testimony. (See
15 prior declarations of Christine J. Levin and Brian Stern.) Second, because LUZON did not
16 answer, all legal matters are admitted. Third, the agent for service of process has been notified
17 by mail of each and has been notified that the matter has been transferred to this Court. To date,
18 no appearance has been made by LUZON and no request to set aside the default has been made.
19 Thus, the appearance in this matter promises to be straightforward.
20 A personal appearance would increase the cost of attorneys' fees. Eventually, a pro-rata share of
21 the attorneys' fees will be collected from LUZON. Thus, attending the hearing in person would
22 increase the amount of the judgment.
23 The sole allegation in the complaint is for breach of contract. Paragraph 5.7 of the contract
24 attached to the complaint: "If any legal proceedings relating to the failure of a Limited Partner to
25 make such contribute are commenced, such Limited Partner ***shall pay all costs and expenses***
26 incurred by the Partnership, ***including attorneys' fees***, in connection with such proceedings."
27 (Emphasis added.)
28 ///

2

## ATTORNEYS' FEES

Since November 15, 2007, attorneys' fees have accrued as follows: $979.78. The total amount of attorneys' fees as of today's date is now $4,579.91.

I estimate that travel time to and from San Francisco will take approximately eight hours ($235 * 8 = $1,880). Given the time of the hearing, an overnight stay will be required which would cost approximately $225. Meals and travel expenses will cost approximately $350. LUZON's proportional share (one-third) would be approximately $818. [$1,880 + 225 + 350 = $2,445 / 3 = $818.33.]

## COSTS

12.  Since the filing of the application for default on December 12, 2007, Plaintiffs were twice required to send the applications for default to new chambers. LUZON was sent copies. The total cost for mailing and copying, as of today's date, is $585.25.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 19, 2008, at Fresno, California.

*/S/ Christine J. Levin*
CHRISTINE J. LEVIN

# PROOF OF SERVICE

I declare that I am a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

On March 19, 2008, I served the foregoing document described as **SUPPLEMENTAL DECLARATION OF CHRISTINE J. LEVIN IN SUPPORT OF APPLICATION TO APPEAR TELEPHONICALLY** on the interested parties, addressed as follows:

[x] BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[x] BY CALIFORNIA OVERNIGHT - by placing [] a true and correct copy [] the original thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery to the addressee noted above.

[] BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address shown above.

[] BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated below.

Facsimile No.

[] STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x] FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on March 19, 2008, at Fresno, California.

_____
Lisa R. Barr

**Via U.S. Mail**

Jerald P. Shaevitz
24175 Dawnridge Dr.
Los Altos Hills, CA 94024

Agent for Defendants,
Luzon Investments, Ltd.

**Via California Overnight:**

**Chambers Copies**

Hon. Vaughn R. Walker
U.S. District Court, Northern District
450 Golden Gate Avenue
17th Floor, Court Room 6
San Francisco, CA 94102