1  ARLENE P. MESSINGER
   Assistant General Counsel for SBIC Enforcement
2  U.S. Small Business Administration
   Receiver for Prospero Ventures, L.P.
3  409 Third Street, S.W., 7th Floor
   Washington, DC 20416
4  Telephone: (202) 205-6857
   Facsimile: (202) 481-0325
5
   DARRYL J. HOROWITT #100898
6  CHRISTINE J. LEVIN #192181
   COLEMAN & HOROWITT, LLP
7  Attorneys at Law
   499 West Shaw, Suite 116
8  Fresno, California 93704
   Telephone: (559) 248-4820
9  Facsimile: (559) 248-4830

10 Attorneys for Plaintiff,
   U.S. SMALL BUSINESS ADMINISTRATION,
11 as Receiver for PROSPERO VENTURES, L.P.

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>LUZON INVESTMENTS, LTD.,<br><br>Defendant. | NO.  C 07-03740 VRW<br>Related Cases<br>    No. C 07-3732 VRW<br>    No. C 07-3733 VRW<br>    No. C 07-3736 VRW<br>    No. C 07-3737 VRW<br>    No. C 07-3738 VRW<br>    No. C 07-3739 VRW<br>    No. C 07-3735 VRW<br>    No. C 07-3741 VRW<br><br>**NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT WITHOUT FURTHER APPEARANCE**<br><br>Date: April 3, 2008<br>Time: 3:30 p.m.<br>Courtroom 6, 17th Floor |

26 TO THE HONORABLE COURT AND ALL PARTIES AND THEIR RESPECTIVE

27 ATTORNEYS OF RECORD:

28    PLEASE TAKE NOTICE that on April 3, 2008, at 3:30 p.m., or as soon thereafter as the

1

1  matter may be heard in the United States District Court, Northern District of California, Plaintiff,
2  U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P.
3  (hereinafter "Plaintiff"), will move for the entry of a default judgment in this matter against
4  Defendant LUZON INVESTMENTS, LTD (hereinafter "Defendant") pursuant to Rule 55(b)(2)
5  of the Federal Rules of Civil Procedure. This motion shall be based on the application, the
6  memorandum and points of authorities, the declarations of Christine J. Levin and Brian Stern,
7  and the papers and pleadings filed in this action on December 12, 2007, and supplemental
8  declaration of Christine J. Levin filed on March 19, 2008.

Respectfully submitted,

Dated: March 24, 2008

By:/S/ *Christine J. Levin*
CHRISTINE J. LEVIN
Attorneys for Plaintiff
U.S. SMALL BUSINESS
ADMINISTRATION, as Receiver
for PROSPERO VENTURES, L.P.

# PROOF OF SERVICE

I declare that I am a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

On March 24, 2008, I served the foregoing document described as **NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT WITHOUT FURTHER APPEARANCE** on the interested parties, addressed as follows:

[x]   BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[x]   BY CALIFORNIA OVERNIGHT - by placing [] a true and correct copy [] the original thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery to the addressee noted above.

[]    BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address shown above.

[]    BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated below.

Facsimile No.

[]    STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x]   FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on March 24, 2008, at Fresno, California.

Lisa R. Barr

**Via U.S. Mail**

Jerald P. Shaevitz
24175 Dawnridge Dr.
Los Altos Hills, CA 94024

Agent for Defendants,
Luzon Investments, Ltd.

**Via California Overnight:**

**Chambers Copies**

Hon. Vaughn R. Walker
U.S. District Court, Northern District
450 Golden Gate Avenue
17th Floor, Court Room 6
San Francisco, CA 94102