**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as receiver for Prospero Ventures, LP,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE MARIA INSENSER and LUCIA MARTINEZ,<br><br>  Defendants._____/ | No.  C 07-3733   VRW<br>**Related to**<br>C07-3735 US SBA v HIGH GROWTH MGMT LTD<br>C07-3740 U SBA v LUZON INVESTMENT LTD<br><br>**CLERK'S NOTICE** |

   YOU ARE NOTIFIED THAT the hearing on Plaintiff's Motion for Default Judgment Against Defendants  noticed for April 3,  2008 at 2:30 p.m. in the above cases is VACATED.

Dated: April 3, 2008

                                                                FOR THE COURT,
                                                                Richard W. Wieking, Clerk

                                                                By: /s/ Cora Klein
                                                                Cora Klein, Courtroom Deputy Clerk to
                                                                Chief Judge Vaughn Walker