IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, LP,<br><br>        Plaintiff,<br><br>        v<br><br>LUZON INVESTMENTS, LTD,<br><br>        Defendant. | No   C 07-3740   VRW<br><br>ORDER |

On July 3, 2008, the court granted plaintiff's motion for default judgment. Doc #35. The court awarded plaintiff contract damages, attorney's fees and expenses totaling $315,977.87. Doc #35 at 6:26-28. The court also awarded interest accrued from March 18, 2005 to November 15, 2007 in the amount of $73,945.87. Doc #35 at 5-6. The court also awarded interest accrued since November 15, 2007, and ordered plaintiff's counsel to submit a revised calculation reflecting the total interest due. Doc #35 at 5-6.

On July 10, 2008, counsel complied with the court's order. Doc #36. Counsel states that the total interest accrued

1   from March 18, 2005, to July 10, 2008, is $98,215.70.  Doc #36 at
2   ¶13.  Accordingly, the court hereby awards interest in that amount.
3           In sum, the court awards plaintiff $414,193.57,
4   consisting of $311,881 in contract damages, $98,215.70 in interest,
5   $3600.13 in attorney's fees and $496.74 in expenses.  The clerk is
6   hereby directed to enter judgment in that amount in favor of
7   plaintiff and against defendant and to terminate all pending
8   motions.

11          IT IS SO ORDERED.

                                  _____
                                  VAUGHN R WALKER
                                  United States District Chief Judge