IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, LP,<br><br>        Petitioner,<br><br> v.<br><br>LUZON INVESTMENTS, LTD.<br><br>        Respondent(s)._____/ | No. C 07-3740 VRW<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that pursuant to an order entered July 11, 2008 judgment is entered in favor of plaintiff and against defendant.

Dated: July 14, 2008                                      Richard W. Wieking, Clerk

                                                                     By: Frank Justiliano<br>                                                                     Deputy Clerk